UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION AT KNOXVILLE

| | |
|---|---|
| Richard L. Lambert, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Case No.: 3:15-CV-241-PLR-HBG |
| ) | |
| United States of America, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

### Judgment Order

This matter comes before the Court on the plaintiff's motion to dismiss pursuant to Fed R. Civ. P. 41(a)(2). [R. 4]. This action is duplicative of a previously filed action, *Lambert v. United States*, No. 3:15-cv-147 (E.D. Tenn. filed Apr. 2, 2015). The defendants have responded, stating that they do not oppose the plaintiff's motion. [R. 5]. Accordingly, the plaintiff's motion to dismiss [R. 4] is **Granted**. The plaintiff's complaint is **Dismissed** without prejudice.

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**